UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                             Case Number: 12-15897 ABA

Debtor: Marvin D. White

| Check Number | Creditor | Amount |
|---|---|---|
| 1857995 | Santander Bank, N.A. | 1852.73 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014